# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

**UNITED STATES OF AMERICA**

    Plaintiff – Appellee

v.                                                                                            **CASE NO. 24-6148**

**JEREMY WAYNE HARRELL**

    Defendant – Appellant.

## APPELLANT'S MOTION FOR AN EXTENSION OF TIME

Appellant Jeremy Wayne Harrell, by and through CJA-appellate counsel, requests the deadline to file the Reply Brief be moved to Wednesday, April 9, 2025. The current deadline for filing is today. However, more time is needed for the undersigned to address the Government's recent filing of a Fed.R.App.P.28(j) Letter (App.R. 35), and also the points raised in their 63-page Responsive Brief (App.R. 30). Though this is an expedited appeal, and Mr. Harrell's projected release date is currently July 6, 2025, this short extension of time should not prejudice the parties.

Accordingly, Appellant Jeremy Wayne Harrell requests that the deadline for filing his Reply Brief be extended to April 9, 2025.

Respectfully Submitted,

*/s/Christy J. Love*
Christy J. Love
Attorney for Appellant
LOVE LAW FIRM, PLLC
1374 Hwy 192, E., Suite 19
Post Office Box 3105
London, Kentucky 40743

TELEPHONE: (606) 877-5683
FAX: (606) 729-0854
info@christylovelaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was sent on April 7, 2025, by CM/ECF filing, to all counsel of record.

*/s/Christy J. Love*
Christy J. Love
Attorney for Appellant