## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 08, 2025

Ms. Christy J. Love
Love Law Firm
P.O. Box 3105
London, KY 40743

Re: Case No. 24-6148, *USA v. Jeremy Harrell*
Originating Case No. : 3:23-cr-00016-1

Dear Counsel,

The appellant's motion for an extension of time to file the reply brief has been GRANTED. The reply brief is now due **April 9, 2025**. Further extensions of time will not be granted.

Sincerely yours,

s/Roy G. Ford
Case Manager
Direct Dial No. 513-564-7016

cc: Mr. James Tyler Chapman
    Mr. Charles P. Wisdom Jr.